### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Darlene M. Rogers fka Darlene M. Ochalek | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-10047 JCM |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PNC Bank, National Association and index same on the master mailing list.

Respectfully submitted,

/s/ 
Denise Carlon
31 Mar 2025, 14:29:48, EDT

Denise Carlon, Esq. (317226) ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: d581e97484241b2401d6670804f61846915cb64a7fc72e86d96c8f2dab45f92d