IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-<u>10047</u>-JCM |
| | : | (Chapter 13) |
| DARLENE M. ROGERS | : | Judge John C. Melaragno |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| DARLENE M. ROGERS | : | Related to Document No. |
| | : | |
| Movant, | : | Response Date: |
| | : | April 21, 2025 |
| vs. | : | |
| | : | Hearing Date and Time: |
| LVNV FUNDING, LLC | : | May 13, 2025 at 1:30 p.m. |
| c/o Resurgent Capital Services | : | |
| | : | |
| Respondent. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING THE OBJECTION TO THE ALLOWANCE OF THE CLAIM OF LVNV FUNDING, LLC (CLAIM NO. 1) PURSUANT TO 11 U.S.C. § 502 AND BANKRUPTCY RULE 3007**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the *OBJECTION TO THE ALLOWANCE OF THE CLAIM PURSUANT TO 11 U.S.C. § 502 AND BANKRUPTCY RULE 3007* and the Notice of Hearing filed and served March 17, 2025 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 21, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated: <u>April 24, 2025</u>    /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtor/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com

```
                    IN THE UNITED STATES BANKRUPTCY COURT
                   FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| IN RE: | : | Case No. 25- 10047 -JCM |
| | : | (Chapter 13) |
| DARLENE M. ROGERS | : | Judge John C. Melaragno |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| DARLENE M. ROGERS | : | Related to Document No. |
| | : | |
| Movant, | : | Response Date: |
| | : | April 21, 2025 |
| vs. | : | |
| | : | Hearing Date and Time: |
| LVNV FUNDING, LLC | : | May 13, 2025 at 1:30 p.m. |
| c/o Resurgent Capital Services | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION REGARDING
OBJECTION TO THE ALLOWANCE OF THE CLAIM
OF LVNV FUNDING, LLC (CLAIM 1)
11 U.S.C. § 502 AND BANKRUPTCY RULE 3007**

I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **April 24, 2025.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **Electronic Notification and First Class Mail.**

**ELECTRONIC NOTIFICATION**:

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15219
ustpregion03.pi.ecf@usdoj.gov

**SERVICE BY FIRST CLASS MAIL:**

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 15087
Greenville, SC 29603-0587

  If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

 April 24, 2025       /s/ MICHAEL J. GRAML
                MICHAEL J. GRAML, ESQ.
                Attorney for Debtor/Movant
                714 Sassafras Street
                Erie, PA 16501
                (814) 459-8288
                PA I.D. No. 50220
                mattorney@neo.rr.com