```
                  IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :    Case No. 25- 10047 -JCM
                                    :         (Chapter 13)
    DARLENE M. ROGERS               :    Judge John C. Melaragno
                                    :
                                    :
        Debtor.                     :    Document No.
                                    :
    DARLENE M. ROGERS               :    Related to Document No.
                                    :
                                    :
        Movant,                     :    Response Date:
                                    :    April 21, 2025
       vs.                          :
                                    :    Hearing Date and Time:
    LVNV FUNDING, LLC               :    May 13, 2025 at 1:30 p.m.
    c/o Resurgent Capital Services  :
                                    :
                                    :
        Respondent.                 :
                                    :
```

**CERTIFICATE OF SERVICE OF ORDER ON THE ALLOWANCE
OF THE CLAIM OF LVNV FUNDING, LLC (CLAIM NO. 1)
PURSUANT TO 11 U.S.C. § 502 AND BANKRUPTCY RULE 3007**

I certify under penalty of perjury that I served the Order on the Allowance of the Claim of LVNV Funding, LLC on the parties at the addresses specified below or on the attached list on **April 25, 2025.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **Electronic Notification and First Class Mail.**

**ELECTRONIC NOTIFICATION**:

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15219
ustpregion03.pi.ecf@usdoj.gov

**SERVICE BY FIRST CLASS MAIL:**

LVNV Funding, LLC
c/o Resurgent Capital Services
P.O. Box 15087
Greenville, SC 29603-0587

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  April 25, 2025                    /s/ MICHAEL J. GRAML
                                           MICHAEL J. GRAML, ESQ.
                                           Attorney for Debtor/Movant
                                           714 Sassafras Street
                                           Erie, PA 16501
                                           (814) 459-8288
                                           PA I.D. No. 50220
                                           mattorney@neo.rr.com