IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 25-_10047_-JCM |
| | : | (Chapter 13) |
| DARLENE M. ROGERS | : | Judge John C. Melaragno |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| DARLENE M. ROGERS | : | Related to Document No. 19 |
| | : | |
| Movant, | : | Response Date: |
| | : | April 21, 2025 |
| vs. | : | |
| | : | Hearing Date and Time: |
| LVNV FUNDING, LLC | : | May 13, 2025 at 1:30 p.m. |
| c/o Resurgent Capital Services | : | |
| | : | |
| Respondent. | : | |

## ORDER ON THE ALLOWANCE OF THE CLAIM OF LVNV FUNDING, LLC (CLAIM NO. 1) PURSUANT TO 11 U.S.C. § 502 AND BANKRUPTCY RULE 3007

AND NOW, this __25th__ day of ____April____, 2025, upon the Motion of the Debtor/Movant objecting to the allowance of the clam of LVNV FUNDING, LLC pursuant to 11 U.S.C. § 502(b)(1) and Bankruptcy Rule 3007,

IT IS hereby ORDERED, ADJUDGED AND DECREED that the claim of LVNV FUNDING, LLC (Claim No. 1) is disallowed in its entirety.

IT IS SO ORDERED.

_/s/ (signature) dak_
JOHN C. MELARAGNO
UNITED STATES BANKRUPTCY JUDGE

SIGNED
4/25/25 3:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

cc: Michael J. Graml, Esq
    Ronda J. Winnecour, Esq.
    Office of the U.S. Trustee
    LVNV Funding, LLC

Certificate of Notice    Page 2 of 2

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 25-10047-JCM |
| Darlene M. Rogers | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Apr 25, 2025 | Form ID: pdf900 | Total Noticed: 2 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 27, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Darlene M. Rogers, 4845 Conrad Road, Erie, PA 16510-3817 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 16490714 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 26 2025 00:21:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2025         Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 25, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC Bank National Association dcarlon@kmllawgroup.com |
| Michael J. Graml | on behalf of Debtor Darlene M. Rogers mattorney@neo.rr.com mjgraml@verizon.net |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor PNC Bank National Association amps@manleydeas.com |

TOTAL: 5