**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>DARLENE M. ROGERS<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:25-10047<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/23/2025 and confirmed on 04/08/2025. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 500.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 495.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 66.63 | |
|    Trustee Fee | 30.00 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 96.63 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 45,963.81 | 0.00 | 398.37 | 398.37 |
|     Acct: 7925 | | | | |
|   ERIE WATER WORKS* | 750.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2280 | | | | |
| | | | | 398.37 |
| **Priority** | | | | |
|   MICHAEL J GRAML ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DARLENE M. ROGERS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   DARLENE M. ROGERS | 5.00 | 5.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL J GRAML ESQ | 5,000.00 | 66.63 | 0.00 | 0.00 |
|     Acct: | | | | |
|   PNC BANK NA | 410.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7925 | | | | |

\* \* \* N O N E \* \* \*

| 25-10047 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
|    AR RESOURCES INC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6671 | | | | |
|    CBE GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6282 | | | | |
|    QUANTUM3 GROUP LLC AGENT CONCOR | 623.47 | 0.00 | 0.00 | 0.00 |
|     Acct: 9393 | | | | |
|    IC SYSTEM INC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2862 | | | | |
|    LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6919 | | | | |
|    MISSION LANE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0154 | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 697.37 | 0.00 | 0.00 | 0.00 |
|     Acct: 8394 | | | | |

***NONE***

| TOTAL PAID TO CREDITORS | | 398.37 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 410.00 | |
| SECURED | 46,713.81 | |
| UNSECURED | 1,320.84 | |

Date: 11/06/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com